MEMORANDUM OPINION


No. 04-02-00918-CV



Jesus Maria ALVAREZ a/k/a El Rancho Feed Store,


Appellant



v.



LYSSY & ECKEL, INC.,


Appellee



From the 218th Judicial District Court, Wilson County, Texas


Trial Court No. 02-05-00208-CV


Honorable Stella Saxon, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: July 23, 2003


DISMISSED FOR WANT OF PROSECUTION


 On June 11, 2003, we ordered appellant to show cause why this appeal should not be
dismissed for want of prosecution for failure to file a brief. See Tex. R. App. P. 38.8(a). 
Appellant was warned that failure to respond would result in dismissal of the appeal. Tex.
R. App. P. 42.3(b, c).

 Appellant did not respond. Accordingly, the appeal is dismissed. See Tex. R. App.
P. 42.3(b, c). Costs of the appeal are taxed against appellant.

 PER CURIAM